# EXHIBIT B

Westlaw.

18 U.S.C.A. § 1595                                                                                                   Page 1

**Effective: December 19, 2003**

United States Code Annotated Currentness
  Title 18. Crimes and Criminal Procedure (Refs & Annos)
    Part I. Crimes (Refs & Annos)
      Chapter 77. Peonage, Slavery, and Trafficking in Persons (Refs & Annos)
        → § 1595. Civil remedy

(a) An individual who is a victim of a violation of section 1589, 1590, or 1591 of this chapter may bring a civil action against the perpetrator in an appropriate district court of the United States and may recover damages and reasonable attorneys fees.

(b)(1) Any civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim.

(2) In this subsection, a "criminal action" includes investigation and prosecution and is pending until final adjudication in the trial court.

CREDIT(S)

(Added Pub.L. 108-193, § 4(a)(4)(A), Dec. 19, 2003, 117 Stat. 2878.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

2003 Acts. House Report No. 108-264(Parts I and II), see 2003 U.S. Code Cong. and Adm. News, p. 2408.

LIBRARY REFERENCES

American Digest System

    Action ⟜ 5.
    Torts ⟜ 1.
    Key Number System Topic Nos. 13, 379.

RESEARCH REFERENCES

Encyclopedias

Am. Jur. 2d Involuntary Servitude and Peonage § 12, Federal Statutes Outlawing Slave Trade; Actions on Vessels in Slave Trade.

Am. Jur. 2d Involuntary Servitude and Peonage § 20, Remedies.

© 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works.

18 U.S.C.A. § 1595, 18 USCA § 1595
Current through P.L. 110-282 (excluding P.L. 110-234, 110-246, and 110-275) approved 7-23-08

Copr. (C) 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works.